# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PHILLIPS 66 PIPELINE LLC**,

    **Plaintiff,**

**v.**

**ROGERS CARTAGE COMPANY,** *et al*,

    **Defendant.**                        Case No. 11-cv-497-DRH

## ORDER

**HERNDON, Chief Judge:**

    The undersigned judge hereby **RECUSES** himself from all further proceedings in this case. All district judges available for civil assignment in this district have recused from this case. Thus, the undersigned chief judge hereby **REASSIGNS** this case to Magistrate Judge Stephen C. Williams to serve as presiding judge. Therefore, all further pleadings shall contain cause number **11-cv-497-SCW-DGW.**

    Should any party to object to this assignment, they must notify the undersigned by **March 4, 2014**. The Court further informs the parties that should any party object to Magistrate Judge Williams's assignment as presiding judge, an out-of-district judge shall be assigned. However, Judge Williams shall preside in the interim.

    **IT IS SO ORDERED.**

    **DATED:** February 18, 2014

Digitally signed by David R. Herndon
Date: 2014.02.18 15:01:39 -06'00'

**CHIEF JUDGE**
**U.S. DISTRICT COURT**