UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BEST DESIGNS, INC., et al,

      Plaintiffs,

v.

AMERICAN SEALANTS
COMPANY, INC., et al,

      Defendants.                         No. 12-cv-1045-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on Stipulation for Dismissal executed by plaintiffs and defendants.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 51), this case is **DISMISSED** with prejudice.

                         NANCY J. ROSENSTENGEL,
                         CLERK OF COURT

                         BY:_____/s/*Sara Jennings*_____
                             Deputy Clerk

**Dated:   February 18, 2014**

Digitally signed by David R. Herndon
Date: 2014.02.18 16:04:54 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT